Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Mark D. Myers, SBN 235719
  mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
Milan L. Brandon II, SBN 326953
  mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel: (858) 759-9930
Fax: (858) 759-9938

Thomas Brejcha, *pro hac vice forthcoming*
  tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice forthcoming*
  pbreen@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COX, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ERICA RENFREE, in her official capacity as Principal of Serra High School at SDUSD, et al.<br><br>Defendants. | CASE NO.: 3:21-cv-01341-CAB-LL<br><br>**IMAGED FILE**<br><br>**DECLARATION OF PAUL JONNA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:         September 22, 2021<br>Courtroom: 15A<br>Judge:       Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Paul M. Jonna, declare:

1. I am an attorney at law duly licensed to practice before all courts in California, and am counsel for Plaintiffs in this action. As such, I have personal knowledge of the matters set forth below and could and would competently testify thereto if called upon to do so.

2. This declaration is submitted in support of Plaintiffs' motion for attorneys' fees and costs, under 28 U.S.C. § 1447(c).

3. As of August 17, 2021, Plaintiffs incurred approximately $55,228.00 in attorneys' fees and $132.52 in costs as a result of Defendants' improper removal of this case.

## Attorney Rates

4. Our firm handles a significant amount of constitutional litigation in which we initially proceed pro bono, without any hourly rate billed to our clients, and then seek our attorneys' fees under 42 U.S.C. § 1988 and Cal. Code Civ. Proc. § 1021.5. Because there is no actual hourly rate billed to clients, we create hourly rates for our fee motions. The rates at which we seek our fees varies depending on whether the action is in a state or federal forum, and what county or federal district the case is in. In each different case, we take a holistic approach to creating the hourly rates, reviewing what courts have recently awarded, various fee databases, and the *Laffey* Matrices.

5. For this motion, the attorney rates that Plaintiffs' counsel (with years of experience) are seeking are:

   a. Charles LiMandri (38 years) $914;
   b. Paul Jonna (12 years) $759;
   c. Mark Myers (18 years) $759;
   d. Jeffrey Trissell (8 years) $600; and
   e. Milan Brandon II (4 years) $378.

///

6. These rates are based primarily on the Adjusted *Laffey* Matrix, rates recently awarded to Plaintiffs' counsel by the Hon. Cynthia Bashant's recent fee award in *South Bay United Pentecostal Church v. Newsom*, 20cv865-BAS-AHG (filed May 8, 2020), and recent case law from this district. *See NuVasive, Inc. v. Alphatec Holdings, Inc.*, No. 3:18-CV-347-CAB-MDD, 2020 WL 6876300, at *2 (S.D. Cal. Mar. 20, 2020).

7. The Original *Laffey* Matrix was originally prepared using "a barrage of data" for litigation in Washington D.C. with the intent that it could be adjusted annually to take inflation into account. *Laffey v. Nw. Airlines, Inc.*, 572 F. Supp. 354, 371 (D.D.C. 1983). Subsequently, a case found that the Original *Laffey* Matrix was not keeping up with increasing attorney rates and developed an Adjusted *Laffey* Matrix. *Save Our Cumberland Mountains, Inc. v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988). Generally, California courts have looked to the Adjusted *Laffey* Matrix as more in line with California rates than the Original *Laffey* Matrix. *See, e.g., Kempf v. Barrett Bus. Servs., Inc.*, No. C-06-3161 SC, 2007 WL 4167016, at *5 (N.D. Cal. Nov. 20, 2007), *aff'd*, 336 F. App'x 658 (9th Cir. 2009).

8. For Mr. LiMandri, myself, and Mr. Brandon, the rates we seek are substantially lower than the hourly rates which formed the basis of Judge Bashant's recent fee award in the *South Bay* action, an average of $141 less. *See South Bay United Pentecostal Church v. Newsom*, 20cv865-BAS-AHG (filed May 8, 2020); *see* Doc. Nos. 127 (joint motion) and 129 (judgment, including fee award of $1.6 million). For Mr. Myers, he joined the firm very recently and was not involved in litigating *South Bay*. For Mr. Trissell, his rate would have increased by $72 per hour based on his years in practice, but we are only seeking the lower *South Bay* rate.

9. The following table is an accurate summary of the Adjusted *Laffey* Matrix adjusted for the period June 1, 2020 through May 31, 2021 as published by an independent group online. It is located at: http://www.laffeymatrix.com/see.html. The rates which the Adjusted *Laffey* Matrix would propose are the following:

| **Experience** | **Hourly Rate** |
| --- | --- |
| 20+ years | $914 |
| 11-19 years | $759 |
| 8-10 years | $672 |
| 4-7 years | $465 |
| 1-3 years | $378 |
| Paralegal/Law clerk | $206 |

10. In line with my personal knowledge of the San Diego legal field, and taking into account the Original *Laffey* Matrix, the Adjusted *Laffey* Matrix, and the rates awarded in the recent *South Bay* case, I have arrived at the rates we seek. These rates represent a conservative estimate of what is reasonable for this case. While higher rates have been awarded, and while I believe higher rates could be justified here, I believe these rates are both modest and reasonable for the tasks undertaken.

11. **Charles S. LiMandri, Esq. (CSL) ($914/hour)**—Mr. LiMandri obtained his law degree from Georgetown Law Center in 1983, and has practiced law in Southern California ever since. He is admitted to practice in California, New York, Washington D.C., and before the United States Supreme Court. He is a member of the Million Dollar Advocates Circle and holds the highest rating for legal skills and ethics in the Martindale-Hubbell national directory of attorneys. He is also listed in the Bar Register of Preeminent Lawyers. He is a member of both the American Board of Trial Advocates and the National Board of Trial Advocacy. He is also a member of the Board of Editors of the California Tort Reporter and the California Insurance Law and Regulation Reporter, both of which are published by West Group. He is a member of the Congress of Fellows of the Center for International Legal Studies based in Salzburg, Austria, and is the President and Chief Counsel of the Freedom of Conscience Defense Fund. He is the founding partner of LiMandri & Jonna LLP, a litigation firm which has been providing quality legal services for more than 30 years. His trial experience encompasses many areas of civil litigation.

12. **Paul M. Jonna, Esq. (PMJ) ($759/hour)**—Mr. Jonna obtained his law degree from the University of San Diego School of Law in 2009, and has been practicing law in San Diego ever since. In law school, he was the Comments Editor of the San Diego Law Review. He is admitted to practice before all courts in California, both state and federal, and is admitted to practice before the Ninth Circuit and the United States Supreme Court. He began working with the firm in 2013, and became a named partner with LiMandri & Jonna LLP in 2016. Prior to that he was an associate at the national law firm of Gordon & Rees, where he represented a broad range of clients, including major Fortune 500 companies, small and large businesses, and leading national and international insurers in complex commercial litigation and class actions in state and federal courts throughout California. Prior to joining Gordon & Rees, he was an associate at Bernstein Litowitz Berger & Grossmann, where he represented institutional investors in complex litigation and securities class actions, including *Public Employees Ret. Sys. of Mississippi vs. Merrill Lynch & Co.* ($315 million recovery); *In re Wells Fargo Mortgage Pass-Through Certificate Litigation* ($125 million); and *In re AXA Rosenberg Investor Litigation* ($65 million). He is also the Vice President of the Freedom of Conscience Defense Fund. He was included in the San Diego Business Journal's "Best of the Bar" for 2016 and 2017.

13. **Mark D. Myers, Esq. (MDM) ($759/hour)**—Mr. Myers graduated with distinction from Stanford Law School in 2001, where he was Senior Articles Editor for the Stanford Journal of International Law. He began serving as a term clerk for the Hon. William J. Holloway, Jr. of the U.S. Court of Appeals for the Tenth Circuit. After passing the Texas bar exam, he was licensed to practice law in November of 2001. After his clerkship, he worked as an associate at Vinson & Elkins LLP in Dallas. He was admitted to practice in California, moved to San Diego, and worked as a litigation associate at the downtown San Diego office of Sheppard Mullin. From 2006 through July 2021, he served as law clerk to the Hon. Larry A. Burns, of the U.S. District Court for the Southern District of California, where he worked

primarily on civil cases. He recently joined the firm, and has been active in helping litigate this case since that time. Mr. Myers also has degrees from Cambridge University (M.A.) and Yale University (M.A.R.)

14. **Jeffrey M. Trissell, Esq. (JMT) ($600/hour)**—Mr. Trissell obtained his law degree from the George Washington University Law School in 2013. When he attended, it was ranked in the top 20 of law schools nationwide by U.S. News & World Report. Prior to that, he graduated magna cum laude from Oklahoma State University. He passed the California bar in 2013, and after a brief legal fellowship, joined Messrs. LiMandri & Jonna to work on their constitutional law practice. He is admitted to practice before all courts in California, both state and federal, and is admitted to practice before the Ninth Circuit and the United States Supreme Court. Mr. Trissell handles all of the firm's appellate work. He has handled many appeals and writs in both California and federal court. In California, he has handled appeals in the Second, Fourth, Fifth, and Sixth Appellate Districts. Many of his appeals have also resulted in published opinions, including in California's Fourth, Fifth, and Sixth Appellate Districts, the Ninth Circuit, and the U.S. Supreme Court. Mr. Trissell was named a Rising Star by Super Lawyers San Diego in 2020 and 2021, is the recipient of the 2020 St. Thomas More Award by the St. Thomas More Society of San Diego.

15. **Milan L. Brandon II (MLB) ($378/hour)**—Mr. Brandon obtained his law degree from the University of Southern California, Gould School of Law in May 2016. Prior to that, as the valedictorian of his class, he obtained his B.A. in Economics from the University of San Diego in 2014. Although Mr. Brandon passed the California bar in February 2017, due to bureaucratic issues with the State Bar, he did not receive his license until October 2019. Following his passage of the bar, and before licensure, Mr. Brandon worked with a University of San Diego law professor as a research assistant and co-writer for journal articles on medical malpractice reform, alternative dispute resolution, and issues of academic freedom. He also served as a law clerk to various attorneys in private practice. He joined our firm in

December 2018. Since 2017, Mr. Brandon has also served as director of the J.J. O'Neill Foundation, a private foundation that awards scholarships in order to expand access to a quality Catholic education for worthy students.

16. In calculating our hours, we have avoided seeking fees for "block billed" tasks—*i.e.*, blocks of time dedicated to both tasks for which recovery is appropriate and other tasks in the same case. To the extent single time entries in the chart list multiple tasks, all tasks resulted from the improper removal. This resulted in substantial numbers of hours being omitted from our request. In other words, we are requesting fees only for the hours we can confirm that we spent on matters resulting from the improper removal. The total number of hours we actually worked on these matters is significantly greater than what we are requesting. Specifically, from the date of removal through August 17, Plaintiffs' counsel worked a total of 218.4 hours on this case. At the billing rates above, this amounts to $152,301.20.

17. Attached as **Exhibit 1** is a chart listing all of the contemporaneously recorded time entries for attorneys and clerks employed by the firm who worked on the tasks for which fees are sought.

18. Attached as **Exhibit 2** is a chart accurately listing expenses the firm incurred in carrying out the tasks listed in Exhibit 1.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 19th day of August, 2021, at Rancho Santa Fe, California.

_____
Paul M. Jonna

**EXHIBIT 1**

*Charles B. Cox, et al. v. Dr. Erica Remfree, et al.*
USDC Case No.: 3:21-cv-01341-CAB-LL

# EXHIBIT 1

| Date | Aty | | Hours | Hrly Rate | Billed |
|---|---|---|---|---|---|
| 07/27/21 | CSL | Multiple e-mail correspondence regarding removal of case from State court; Review press release regarding board meeting; Exchange e-mail correspondence regarding strategy for amended complaint and temporary restraining order. | 1.20 | $914.00 | $1,096.80 |
| 07/29/21 | CSL | Review and analysis of ex parte application regarding temporary restraining order. | 1.20 | $914.00 | $1,096.80 |
| 08/03/21 | CSL | Conference with Mr. Trissell regarding issues for hearing on temporary restraining order; Conference with Mr. Myers regarding same. | 0.80 | $914.00 | $731.20 |
| 08/04/21 | CSL | Conference with Mr. Jonna and Mr. Trissell regarding preparation for oral argument for temporary restraining order hearing; Review and analysis of temporary restraining order papers; Telephone conference with Mr. Jonna regarding | 2.20 | $914.00 | $2,010.80 |
| 08/04/21 | CSL | Telephone conference with Mr. Trissell regarding issues for oral argument on temporary restraining order. | 0.60 | $914.00 | $548.40 |
| 08/05/21 | CSL | Travel to and from and attend temporary restraining order hearing; Legal research on attorneys' fees for prevailing on remand. | 3.40 | $914.00 | $3,107.60 |
| 08/05/21 | CSL | Review and revise correspondence to Attorney Sullivan regarding attorneys' fees for renewal of case to State court. | 0.40 | $914.00 | $365.60 |
| | | | 9.80 | TOTAL | $8,957.20 |
| 07/27/21 | JMT | Review and revise temporary restraining order papers. | 0.80 | $600.00 | $480.00 |
| 08/03/21 | JMT | Prepare for temporary restraining order; Research and review relevant cases. | 1.00 | $600.00 | $600.00 |
| 08/04/21 | JMT | Conference with Mr. Jonna and Mr. LiMandri to prepare for hearing. | 0.40 | $600.00 | $240.00 |
| 08/04/21 | JMT | Assist Mr. Jonna in preparing for temporary restraining hearing. | 4.00 | $600.00 | $2,400.00 |
| 08/05/21 | JMT | Travel to and from and attend temporary restraining order hearing; Debrief with team before and after on next legal | 3.00 | $600.00 | $1,800.00 |
| 08/05/21 | JMT | Research on remand procedure and getting case started in Superior Court again. | 0.30 | $600.00 | $180.00 |
| 08/06/21 | JMT | Revise ex parte application for a temporary restraining order for re-filing in Superior Court; Incorporate materials from federal TRO reply papers, hearing outline, and new | 3.00 | $600.00 | $1,800.00 |
| 08/13/21 | JMT | Research hourly rates awarded by Judge Bencivengo. | 0.40 | $600.00 | $240.00 |
| 08/17/21 | JMT | Help craft rates for motion for fees. | 0.40 | $600.00 | $240.00 |
| | | | 13.30 | TOTAL | $7,980.00 |

| Date | Aty | | Hours | Hrly Rate | Billed |
|---|---|---|---|---|---|
| 07/27/21 | MB | Revise ex parte application regarding temporary restraining order in federal court; Review and revise cites and perform legal research on federal standard for temporary restraining order; Meeting with Mr. Jonna and Mr. Trissell regarding same. Finalize same. | 6.60 | $378.00 | $2,494.80 |
| 07/28/21 | MB | Draft request for oral argument and proposed order; Multiple e-mail correspondence with Mr. Jonna and Mr. LiMandri regarding same; Revise same. | 2.80 | $378.00 | $1,058.40 |
| 07/29/21 | MB | Begin drafting anticipated legal arguments rebutting anticipated positions in opposition to ex parte application. | 5.80 | $378.00 | $2,192.40 |
| | | | **15.20** | **TOTAL** | **$5,745.60** |
| 08/04/21 | MDM | Research Article III standing in preparation for temporary restraining order hearing in response to Judge Bencivengo's minute order; Draft memorandum preparing Mr. Jonna to address this issue. | 4.50 | $759.00 | $3,415.50 |
| 08/05/21 | MDM | Conference with Mr. Jonna regarding hearing before Judge Bencivengo and her remand decision; Research possibility of filing attorneys' fees motion. | 2.00 | $759.00 | $1,518.00 |
| 08/05/21 | MDM | Research regarding fee award under 1447(c); Draft attorneys' fees demand letter to Attorney Sullivan. | 0.60 | $759.00 | $455.40 |
| 08/06/21 | MDM | Review e-mail correspondence regarding temporary restraining order hearing, possible attorneys' fees motion, and procedure following remand; Review reporter's transcript of hearing and provide analysis to Mr. Jonna; Review e-mail correspondence from Attorney Sullivan responding to | 1.20 | $759.00 | $910.80 |
| 08/16/21 | MDM | Continue research; Revise attorneys' fees motion; Review time entries for inclusion in motion; E-mail correspondence to Mr. Jonna for review, confirmation of history, and billing | 5.60 | $759.00 | $4,250.40 |
| 08/17/21 | MDM | Review state court docket for procedural history; research reasonable fee rates; continue drafting fee motion. | 5.90 | $759.00 | $4,478.10 |
| | | | **19.80** | **TOTAL** | **$15,028.20** |
| 07/26/21 | PMJ | Telephone call with Attorney Sullivan regarding removal and settlement and next steps. | 0.40 | $759.00 | $303.60 |
| 07/26/21 | PMJ | E-mail correspondence with clients regarding removal and reply regarding temporary restraining order. | 0.20 | $759.00 | $151.80 |
| 07/27/21 | PMJ | Review removal papers and judicial assignment. | 0.20 | $759.00 | $151.80 |
| 07/27/21 | PMJ | Discuss updated temporary restraining order papers. | 0.20 | $759.00 | $151.80 |
| 07/28/21 | PMJ | Watch videos of client statements to Board. | 0.20 | $759.00 | $151.80 |
| 08/03/21 | PMJ | Prepare for temporary restraining order hearing. | 0.80 | $759.00 | $607.20 |
| 08/03/21 | PMJ | Continue preparing for temporary restraining order hearing. | 0.40 | $759.00 | $303.60 |
| 08/04/21 | PMJ | Prepare for oral argument regarding temporary restraining order hearing. | 3.80 | $759.00 | $2,884.20 |

| Date | Aty | | Hours | Hrly Rate | Billed |
|---|---|---|---|---|---|
| 08/04/21 | PMJ | Continue preparing for temporary restraining order hearing. | 3.80 | $759.00 | $2,884.20 |
| 08/04/21 | PMJ | Continue preparing for temporary restraining order hearing. | 3.80 | $759.00 | $2,884.20 |
| 08/04/21 | PMJ | Continue preparing for temporary restraining order hearing. | 1.20 | $759.00 | $910.80 |
| 08/05/21 | PMJ | Continue preparing for temporary restraining order hearing. | 1.80 | $759.00 | $1,366.20 |
| 08/05/21 | PMJ | Travel to and from and attend hearing in Federal Court on motion for temporary restraining order; | 3.80 | $759.00 | $2,884.20 |
| 08/05/21 | PMJ | Assess possible motion for attorneys' fees regarding removal. | 0.20 | $759.00 | $151.80 |
| 08/05/21 | PMJ | Review and revise e-mail correspondence regarding motion for attorneys' fees; Assess total time and costs; Review letter from clients to SDUSD; Revise e-mail correspondence to opposing counsel regarding attorneys' fees. | 0.80 | $759.00 | $607.20 |
| 08/08/21 | PMJ | Review and respond to e-mail correspondence from Attorney Sullivan regarding removal, remand, and attorneys' fees. | 0.40 | $759.00 | $303.60 |
| 08/09/21 | PMJ | E-mail correspondence to Attorney Sullivan regarding motion for attorneys' fees. | 0.20 | $759.00 | $151.80 |
| 08/09/21 | PMJ | Review time entries for motion for attorneys' fees. | 0.20 | $759.00 | $151.80 |
| 08/09/21 | PMJ | Review and revise reply in support of temporary restraining order. | 0.20 | $759.00 | $151.80 |
| 08/17/21 | PMJ | Review and revise motion for attorneys' fees. | 0.20 | $759.00 | $151.80 |
| | | | **22.80** | | **$17,305.20** |

|  |  |  |  |
|---|---|---|---|
| CSL - Charles LiMandri | 9.8 x | $914.00 | $8,957.20 |
| PMJ - Paul Jonna | 22.8 x | $759.00 | $17,305.20 |
| MDM - Mark Myers | 19.8 x | $759.00 | $15,028.20 |
| JMT - Jeffrey Trissell | 13.3 x | $600.00 | $7,980.00 |
| MB - Milan Brandon | 15.2 x | $378.00 | $5,745.60 |

**EXHIBIT 2**

*Charles B. Cox, et al. v. Dr. Erica Remfree, et al.*
USDC Case No.: 3:21-cv-01341-CAB-LL

# EXHIBIT 2

| Date | Cost Incurred | Billed |
|---|---|---|
| 08/05/21 | LiMANDRI - MILEAGE TRAVEL TO AND FROM USDC COURT FOR TRO HEARING | $27.56 |
| 08/05/21 | PARKING FEE - LiMANDRI - USDC COURT FOR TRO HEARING | $14.00 |
| 08/05/21 | PARKING FEE - TRISSELL - USDC COURT FOR TRO HEARING | $15.00 |
| 08/05/21 | TRISSELL - MILEAGE TRAVEL TO AND FROM USDC COURT FOR TRO HEARING | $27.56 |
| 08/06/21 | MAURALEE RAMIREZ, INC. - REPORTER'S TRANSCRIPT HEARING 08/05/21 | $48.40 |

**TOTAL:** **$132.52**