| | |
|---|---|
| Charles S. LiMandri, SBN 110841<br>  cslimandri@limandri.com<br>Paul M. Jonna, SBN 265389<br>  pjonna@limandri.com<br>Mark D. Myers, SBN 235719<br>  mmyers@limandri.com<br>Jeffrey M. Trissell, SBN 292480<br>  jtrissell@limandri.com<br>Milan L. Brandon II, SBN 326953<br>  mbrandon@limandri.com<br>LiMANDRI & JONNA LLP<br>P.O. Box 9120<br>Rancho Santa Fe, CA 92067<br>Tel: (858) 759-9930<br>Fax: (858) 759-9938 | Thomas Brejcha, *pro hac vice forthcoming*<br>  tbrejcha@thomasmoresociety.org<br>Peter Breen, *pro hac vice forthcoming*<br>  pbreen@thomasmoresociety.org<br>THOMAS MORE SOCIETY<br>309 W. Washington St., Ste. 1250<br>Chicago, IL 60606<br>Tel: (312) 782-1680<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COX, an individual, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>DR. ERICA RENFREE, in her official capacity as Principal of Serra High School at SDUSD, et al.,<br><br>          Defendants. | CASE NO.: 3:21-cv-01341-CAB-LL<br><br>**IMAGED FILE**<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1447(c)**<br><br>Date:          September 23, 2021<br>Courtroom:  15A<br>Judge:         Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO: THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** Plaintiffs Charles Cox, Denise Barrow, Janet Bartel, Carol Di Nal, Angela Elfman, Birney Groom, Rosemary Groom, Gail Janes, Jesse H. Keyes, III, Diana C. Keyes, Gloria Lewis, Michael R. Mele, Justin Pendarvis, Russell L. Stai, Margaret R. Stai, Larry Weddel, Robert C. Wright, Stephen A. Zapoticzny, Susan A. Zapoticzny, and Fred Zuckerman (collectively, "Plaintiffs"), by and through counsel, will and hereby do move this Court, pursuant to 28 U.S.C. § 1447(c), for an order requiring Defendants Dr. Erica Renfree, San Diego Unified School District ("SDUSD"), Richard Barrera, Dr. Lamont A. Jackson, Tavga Bustani, Bruce R. Bivins, Kevin Beiser, and Samer Naji (collectively, "Defendants"), to pay their reasonably incurred attorneys' fees and expenses that would not have been incurred but for Defendants' improper removal to this Court, totaling $55,360.52.

This motion is made under 28 U.S.C. § 1447(c) on the basis that Defendants improperly and unreasonably removed this action from state court. This motion is made on the further basis that the requested fees and costs are reasonable and that an award of expenses is just.

The motion will be based upon this notice, the attached memorandum in support, the declaration of Paul M. Jonna and attached exhibits, and the records and files in this action. Oral argument is not requested.

                                    Respectfully submitted,

                                    LiMANDRI & JONNA LLP

Dated: August 20, 2021       By: _____
                                         Charles S. LiMandri
                                         Paul M. Jonna
                                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

*Charles B. Cox, et al. v. Dr. Erica Remfree, et al.*
USDC, Southern District Case No.: 3:21-cv-01341-CAB-LL

I hereby certify that I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 1447(c).**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[X]  BY MAIL: By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es).

[ ]  BY ELECTRONIC MAIL: I served a true copy, electronically on designated recipients via electronic transmission of said documents.

[X]  BY ELECTRONIC TRANSMISSION: I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s).

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on August 20, 2021, at Rancho Santa Fe, California.

_____
Kathy Denworth