UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COX, an individual, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DR. ERICA RENFREE, in her official capacity as Principal of Serra High School at SDUSD, et al.,<br><br>Defendants. | Case No.: 21cv1341-CAB-LL<br><br>**ORDER DENYING MOTION FOR ATTORNEYS' FEES**<br><br>[Doc. No. 13] |

This matter is before the Court on Plaintiffs' motion for attorneys' fees following the Court's sua sponte remand of this case to state court upon finding that Plaintiffs do not have Article III standing for the only federal claims in their complaint. The parameters of Article III standing, however, are hardly well-settled law, as reflected in recent Supreme Court authority addressing the issue. *See, e.g., TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021). Moreover, it was not objectively unreasonable for Defendants to remove a case where Plaintiffs sought relief for alleged violations of their constitutional rights. Because Defendants had an objectively reasonable basis for removal, Plaintiffs are not entitled to a fee award. *See Martin v. Franklin Capital Corp.*, 546 U.S. 132, 136 (2005) ("[A]bsent unusual circumstances, attorney's fees should not be awarded when the

1

removing party has an objectively reasonable basis for removal."). For this reason alone, the motion is denied.

Moreover, even if Defendants' removal was objectively unreasonable, the Court would nevertheless deny Plaintiffs' motion because the fee amount requested is objectively *unreasonable* for the limited time this case was in federal court. Plaintiffs did not file a motion to remand and merely changed the heading on a motion for a temporary restraining order (TRO) that they had previously filed in state court. Work related to Plaintiffs' TRO motion does not constitute "just costs and [] expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c).

In light of the foregoing, the Court does not need to see a response from Defendants. The motion for attorney fees is **DENIED**.

It is **SO ORDERED**.

Dated: August 20, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge